

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. T. Weber, President
State Board of Dental Examiners
1014 Norwood Building
Austin, Texas

Dear Sir:

Opinion No. O-1905
Re: Offer to duplicate dentures or plates for compensation by unlicensed dentists is a violation of Article 4551a, Vernon's Annotated Civil Statutes

We received your letter of January 27, 1940, in which you call our attention to a letter previously written to this department by B. Carl Holder, Secretary of the Texas State Board of Dental Examiners. You advise us "that such alleged acts have occurred and are being committed at the present time by the party named in the . . . letter," and request our opinion on the stated facts.

The letter written by Mr. B. Carl Holder reads as follows:

"May this department, the Texas State Board of Dental Examiners, have the opinion and ruling of your department on the matter of a Mr. Thornton of Houston, Texas, who is about to open a 'Public Dental Laboratory' in which he professes to the public to repair a plate or denture for a consideration of money. Prices quoted.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable R. T. Weber, page 2

"He has publicly displayed in show
windows of his business an array of den-
tures or plates of all types of materials
in which he proposes to duplicate the
patients' old denture in one of the types
that he has displayed for a consideration
of money.

"No dentist who is licensed to prac-
tice dentistry in the State of Texas is
connected or works in this establishment.
Article 4551a of the Texas Dental laws de-
fines persons as regarded in the practice
of dentistry.

"This department requests your opinion:
Is this man's, Mr. Thornton, business which
he is about to enter upon in violation of
Article 4551a and is this regarded as prac-
ticing dentistry as defined in Articles
4551a and b? Your opinion is respectfully
requested."

Article 4551a, Vernon's Annotated Civil
Statutes of Texas, reads in part as follows:

"Any person shall be regarded as prac-
ticing dentistry within the meaning of this
chapter:

"Who shall offer or undertake . . . to
diagnose . . . treat, operate or prescribe,
by any means or method, for any disease,
pain, injury, deficiency, deformity or
physical condition of the human teeth,
alveolar process, gums or jaws and charge
therefor, directly or indirectly, money or
other compensation."

Webster's International Dictionary, Second
Edition, defines "alveolar process" as:

"The ridge, or raised thickened border,
of the mandible and superior maxillary bones
which contain the sockets of the teeth."

Honorable R. T. Weber, page 3

Article 752b, Vernon's Annotated Penal Code of Texas, provides among other things that:

"It shall be unlawful for any person, firm, or corporation to engage in or be guilty of any unprofessional conduct in the practice of dentistry, directly or indirectly. Any 'unprofessional conduct' as used herein, means and includes any one or more of the following acts, to-wit:

"(q) Advertising to the public any commercial dental laboratory or dental clinic."

It seems rather clear to us that Mr. Thornton is advertising to the public a commercial dental laboratory in violation of Article 752b (q), Vernon's Annotated Penal Code of Texas. The advertising of the doing of certain acts being an unprofessional conduct in the practice of dentistry, the doing of such acts would be the practice of dentistry. To duplicate, or offer to duplicate, a patient's old denture into a type of plate on display in a "public dental laboratory" for compensation is prescribing or designation of a remedy for the alveolar process and has been defined as a practice of dentistry by Article 4551a, Vernon's Annotated Civil Statutes of Texas.

In our opinion your question should be answered in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  *Hirschie Johnson*
Hirschie Johnson
Assistant

HJ:LW

APPROVED FEB 10, 1940

*Gerald Mann*
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

O.K.